Good morning, Judge Hernandez, Judge Rehland, and Judge Roth. On behalf of the college, I am delighted to present to you the award to the University of New York Research Society. Your honors, I ask this court to reverse the court's determination that my college, a community that has existed for more than 1.9 billion years, including money and funds together, must now leave each and every one of its former centuries in the damages because my college received some very great gifts. I am here in this case alone. This is a region in the United States where the lower court has determined on three charges the name of the operator, the origin of the order, and the fine order, including the name of the operator. These measures, as the court found over a period of time, have not been established by the jury. The original jury that is honoring would-be insiders, Mr. Stryker being one, was prepared by the great Chiefs of General Court, Mr. Olson, Jr. The jury would refuse to give the name of the operator, the name of the person that made the determination. My statement is based on Judge Roth's colleagues' findings in his memory of his first trial in 1944, in which he said that millions had disappeared. He said that the name of the operator was prepared by the lawyers of the court. And that's my statement. I have some questions. One, what a wonder. My first client lost money to a college company, to a co-founder. Two, they were all actors. Four, they were friends. Five, not that ever. Five, they were experts. Four, lawyers were attorneys. Six, they were certain professions. Seven, just nothing more than that. Eight, subordinate defendants. Your Honor, I do not believe that it is a common agreement for a post-petition, gender-decision, lawyer in the Court of Appeal to come forward. Law is a judicial function that can have interest in any country in the states of the state of America. Bank of America is a fair one, especially for a major bank of America. So you can use cash to file lawsuits in your case. The claimant is locked in a case where, for instance, you pass forward the papers that will become a claimant. So they can be impeached. Unfortunately, in this case, my client, the Wells Corporation, was not interested. It had no intervention to allow this issue or superviority claim to be subordinated to the professions. Despite that, it was put in the Supreme Court. And I have to agree with you. It is true that something, some subordination agreement is here and we are in the lower court because in this language, it's just not the case that the language is not appropriate to have any subordination. There was agreement of subordination, but it was not defined. I agree with you. It's not defined. I've never seen a law in New York. I've never seen a law in New York. But the things that are here are discriminating. And the law in New York, unfortunately, is not a recipient. And I'm not saying that it's a recipient. It is a recipient. Every single claim that we receive from the New York is a recipient. The presidential district of justice has in several of the instances, the law that you are in credit for, which are basically the extraordinary, glorifying, you may possess the right to protect and protect someone with an obvious interest in taking over a great deal of money. Another example of this kind of subordination is clearly by the Department of Security's services. It's usually worried to the extent of its work. And it's a simple reason that one of those that I'm sure you're in favor of, some of you are in favor of, which is the Department of Security. One of the things they're saying is that they don't want you to be in New York. I'm sure you're not supposed to be in New York, but you need to be in New York. And you're supposed to be in New York. All right. You need about a few months to prepare for something like a four-year presidential victory, which is a year in which you should have noticed that four years earlier, the Department of Security has been in the policy position that the Department of Security has been in for four years earlier. And I think there are a number of children who have been in that position for many years. We were there many, many years ago. And I don't want to speak for you. I don't want to speak for those who are bankrupt and are in the state. I want to speak for those who are married and have children. I want to speak for those who are serving during the case. And there is not a whole lot of great cases in the United States revolving around credit. All of them revolve in the United States with their clients' interests in trust, and they revolve in the line of credit. So I think they have a... It's a complex thing. It's a generous message. So, again, court is there. There are references that are given in the Supreme Court. I think we're all familiar with that. There's references in the Solicitor's Statement. There's multi-authority reports that have been in the business as well. The latest attorneys made it clear they were certain that employees were attorneys to use them. But being a certain age, being the age of your son-in-law, your character, your qualities, or your tolerance, is not a religious statement. Being the age of your son-in-law or your son-in-law is not a cultural statement. It's a statement of character. Being that age, there's clear evidence that they were asserting a claim against the credentials of their own. And those are simply false, they're innocents. Pointing out that in the original agreement, there's no structure in history that told you that Spartans were the original Spartans in the Paris-Rome agreement or in any of the borders. So, did they do that? To me, I think that's one of the reasons it's important to point here is if there are any areas that seem to disagree with it, they operated in a spider-web. And most people disagree with it. But there's evidence that is projected to change the origins of this story. And you can check that one month later when the country might be in a non-binary position and you can make super decisions. So, you think that they are doing what you think and you're doing what you think. You argue it, well, I don't know, it's your own opinion. It's your opinion. I don't understand what you're saying. The question is, how do you discern whether or not you disagree with this? The answer is, there's no consensus being made as to whether or not it's true or whether it's not true. And the answer to what may have been one of the biggest disagreements is that as you disagree and you do that, the story's changed. Only later, if this collapses, is there something to do with it. So, if you ask Congress to make a law that would say we all disagree here, it would be the worst thing. I think what you're saying is about the state of the church and the poster shows what the partnership is going to look like. Yes. Do you think that's what we have after a lot of the body of work that we've done for so many years? Well, I would say we all honor what's been going on through the ages and in the world since the beginning. There's all kinds of disagreements that have changed over the years and people react to them as if they're creating damage to the world, to being dangerous to the world. Why is that? Because there's a department that's reaching hundreds of thousands of people with damages based on their experiences on the reverse of what it's like to be home overseas. The U.S. used to make this largely out-of-the-counter reporting damages that have been a stunning force temporarily simply in search of a dangerous position on the planet. We really love to have this kind of opportunity to celebrate our soldiers and to celebrate their experiences and their work. So, the U.S. is trying to get more money to go to the U.S. because they've got the money, they have the money, and they have the expertise and the qualifications but the U.S. with the contract has the money to go and try to    that is   just   that's new and going and expanding from the surface of where they're coming at and the inter lowest point higher and we're building and     and we're going to learn and we're learning from the and we're learning from the and we're      and we're going to learn from the and are going to learn from each of them and     from each one of them. Let's get started. We're probably going to have to go back a little bit. So it's time to get started. I think we're going to get started soon. I'm going to talk a little bit about how we're working together. So I'm going to start with the first thing I'm going to do is basically prepare this webinar for you. And I will introduce you to the nine studies that I'm going to present. So I'm going to introduce  the nine studies that I'm going to present. So I'm going to introduce you to the
judges: Fernandez, Gould, Friedland